Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan
Chase Bank, N.A. (improperly named
as "Chase Bank USA, N.A.")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK S. CECICH,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-CV-01435-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase")[1] response to plaintiff Mark S. Cecich's complaint currently is due on July 6, 2017. Chase has requested, and Plaintiff has agreed, that Chase has up to and including August 7, 2017 to respond to the complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss the possibility of an early resolution of the claims asserted against Chase.

/ / /

/ / /

---

[1] Plaintiff erroneously named "Chase Bank USA, N.A." as a defendant, rather than "JPMorgan Chase Bank, N.A."

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 6th day of July, 2017.

BALLARD SPAHR LLP

By: /s/ Lindsay Demaree
Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant JPMorgan Chase Bank, N.A. (improperly named as "Chase Mortgage")*

HAINES & KRIEGER

By: /s/ Rachel Saturn
David H. Krieger, Esq.
Nevada Bar No. 9086
Rachel Saturn
Nevada Bar No. 8653
8985 South Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
U.S. District/Magistrate Judge

DATED: July 7, 2017
_____

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #16780028 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

1

## CERTIFICATE OF SERVICE

2    I certify that on July 6, 2017, and pursuant to Federal Rule of Civil Procedure

3   5, a true copy of the foregoing Stipulation and Order to Extend Time for JPMorgan

4   Chase Bank, N.A. to Respond to Plaintiff's Complaint was filed via the Court's

5   CM/ECF System and electronically served by the Court on all parties in interest.

6

7   Kelly H. Dove
    Tanya N. Lewis
    Snell & Wilmer L.L.P.
8   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
9

10

11

                                            /s/ Mary Kay Carlton
12                                  An employee of Ballard Spahr LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DMWEST #16780028 v1