Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as Wells Fargo Card Services)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARK S. CECICH, | Case No. 2:17-cv-01435-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| CHASE MORTGAGE; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | **FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Mark S. Cecich ("Plaintiff"), through his attorneys, Haines & Krieger, and Defendant Wells Fargo Bank, N.A., incorrectly sued as Wells Fargo Card Services ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Amended Complaint on July 6, 2017 [Docket No. 8]. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **July 28, 2017**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

1 | Dated July 19, 2017

| HAINES & KRIEGER, LLC | Snell & Wilmer L.L.P. |
|---|---|
| By: <u>/s/ David Krieger</u><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Mark S. Cecich* | By: <u>/s/ Tanya N. Lewis</u><br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly sued as*<br>*Wells Fargo Card Services)* |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# ORDER

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Amended Complaint shall be extended to on or before July 28, 2017.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED _ July 20      , 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

On July 19, 2017, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

- 4 -